UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06 CR 350 HEA |
| ) | |
| ANTWON M. GUEST, ) | |
| ) | |
| Defendant. ) | |

**ORDER SETTING CONDITIONS OF RELEASE**

Without objection by the United States, because of the grave medical condition of the defendant,

**IT IS HEREBY ORDERED** that the motion of defendant Antwon M. Guest to set aside the order of detention and for the setting an unsecured appearance bond is sustained.

**IT IS FURTHER ORDERED** that bail is set in the amount of $10,000, unsecured; other non-financial conditions of release shall be imposed. The defendant shall be released upon further order, after the court is advised that the defendant has been accepted at an appropriate residential treatment facility.

/s/ David D. Noce
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on January 10, 2007.